IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **KARLTON BRITTON** on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action File No. |
| v. | ) ) | 1:14-cv-01475-AT |
| **PRIORITY PAYMENT SYSTEMS, LLC** | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## ORDER

This case is before the Court for consideration of the Joint Motion for Stipulated Judgment Approving Settlement and Release Agreement [Doc. 89]. After reviewing the record and the joint submission of the parties, the Court enters the following Order.

Having reviewed the Settlement Agreement and Release (the "Agreement") [Doc. 89-1] executed by the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arm's length by represented parties and is not the result of any collusion. The Court has also reviewed the unopposed request for approval of attorney's fees and costs in the amount stated in the Agreement and finds that the attorneys' fees and

costs provided in the Agreement are reasonable.

Therefore, the Joint Motion for Stipulated Judgment Approving Settlement Agreement and Release is hereby **GRANTED**, the settlement of the parties is hereby **APPROVED**, and the terms of the parties' Settlement Agreement are hereby incorporated into this Order.

Consistent with the terms of the Agreement, Defendant shall tender to Plaintiffs all payments within fourteen (14) calendar days of the entry of this Order, and the parties shall thereafter file a stipulation of dismissal with prejudice. The Clerk is hereby **DIRECTED** to administratively close this case, which shall be subject to reopening for the purpose of settlement enforcement actions pursuant to the terms of the Agreement.  Fees and costs shall be paid to Plaintiffs' counsel as set forth in the Agreement.

**SO ORDERED** this 26th day of Oct._, 2015.

_____
The Honorable Amy Totenberg
Judge, United States District Court

CONSENTED TO this 6th day of October, 2015.

| | |
|---|---|
| */s/ Steve Wolfe* | */s/ Eric Magnus* |
| Eleanor Attwood | Eric R. Magnus |
| Georgia Bar No. 514014 | Georgia Bar No.: 801405 |
| Steven E. Wolfe | Justin R. Barnes |
| Georgia Bar No. 142441 | Georgia Bar No.: 105220 |
| Legare Attwood & Wolfe | JACKSON LEWIS P.C. |
| 400 Colony Square, Suite 1000 | 1155 Peachtree Street, NE |
| 1201 Peachtree St. NE | Suite 1000 |
| Atlanta, GA 30361 | Atlanta, Georgia 30309 |
| T: (470) 823-4000 | T: (404) 525-8200 |
| F: (470) 202-1212 | F: (404) 525-1173 |
| emattwood@law-llc.com | magnuse@jacksonlewis.com |
| sewolfe@law-llc.com | barnesjr@jacksonlewis.com |
| | |
| Louise N. Smith | *Attorneys for Defendant* |
| Georgia Bar No. 131876 | *Priority Payment Systems, LLC* |
| William J. Smith | |
| Georgia Bar No. 710280 | |
| SMITH LAW, LLC | |
| P.O. Box 1396 | |
| Dacula, GA 30019 | |
| T: (678) 690-5299 | |
| F: (678) 889-2890 | |
| louise@smithlaw-llc.com | |
| william@smithlaw-llc.com | |

*Attorneys for Plaintiff and*
*the Conditionally-Certified Class*

**4834-9295-5688, v. 1**

3